UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

Solomon Lipshutz,

                        Plaintiff(s),

       -against-

Jewellers Manufacturing Inc.
Retirement Plan, et al.,
                   Defendant(s).

----------------------------------------x

23 CV 4058 (LAP)

**ORDER**

LORETTA A. PRESKA, Senior United States District Judge:

     Counsel shall confer and inform Judge Preska by letter no later than _March 30, 2026_ of the status of the action/remaining claims/defendants.

SO ORDERED.

_____

LORETTA A. PRESKA,

Senior U.S.D.J.

Dated: 3/23/26

New York, New York